**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TENNESSEE**

**AT KNOXVILLE**

Civil Action No.

FILED

SEP 28 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville



3:23-CV-351
Varlan / McCook

Yang Zhang

Assistant Professor

Department of Physics and Astronomy, The University of Tennessee

Office Address: Nielsen Physics Building, 401, 1408 Circle Dr, Knoxville, TN 37996, U.S.

yangzhang@utk.edu

September 28, 2023

### Petition for Writ of Mandamus

[Case Title]: Writ of Mandamus for H1B Visa Processing Delay

[Plaintiff]: Yang Zhang;

[Defendants]: U.S. Department of State; U.S. Consulate General Frankfurt, Germany;

Address: U.S. DEPARTMENT of STATE - BUREAU OF CONSULAR AFFAIRS: 600 19TH STREET, NW, WASHINGTON, DC 20036

Address: U.S. CONSULATE GENERAL FRANKFURT: Gießener Str. 30 60435 Frankfurt am Main Federal Republic of Germany


I am writing to file the Writ of Mandamus lawsuit for the substantial processing delays for my H1B visa, and seek relief under the Administrative Procedures Act and in mandamus to compel the agencies including the U.S. Department of State and the U.S. Consulate General Frankfurt, Germany to take action on my case.

1

I am a faculty member at the University of Tennessee, Knoxville since January 2023 with valid H1B status from Jan 1 2023 to Dec 31 2024, and has a residence in Knoxville, Tennessee since last year. I'm currently stuck outside of the country waiting for an H1B entry visa. It has been over 120 days since my visa interview at the U.S. Consulate General Frankfurt and the application status remained unchanged, which has been outside reasonable processing time and caused severe negative impacts. I would like to demonstrate all evidences in detail, and my visa application details are as follows:

Last Name: Zhang; First Name: Yang

Visa Application Number/Barcode Number (starts with AA): AA00C2YGPV

Date of your interview: May 30, 2023

## 1. Unreasonable Delay:

The H1B visa's normal processing time is around 30-60 days. I have diligently followed all the necessary procedures and requirements for my H1B visa application. However, my application has been pending for an unreasonably extended period (over 120 days) without any communication or explanation from DoS or the consular office.

Moreover, I have already been checked in total for 5 times in a short period of time, including 3 times for B Visitor Visa and 2 times for J-1 Visa. The most recent check was conducted in Nov 2021. And for my eligibility for this visa, I have already received **Notice of H-1B Approval (Form I-797)** issued by USCIS (U.S. Citizenship and Immigration Services) on November 8, 2022, valid for 2 years from 01/01/2023 to 12/31/2024. This petition was submitted through my employer, the University of Tennessee, which authorizes valid H1B status under UT employment. Therefore there is no good reason this time for such an extraordinary and unreasonable H1B visa processing period.

## 2. Exhaustion of Administrative Remedies:

I have pursued all available administrative remedies and channels for addressing the delay. This includes contacting the U.S. Consulate General Frankfurt through emails for 3 times on July 17, July 31, and August 22, 2023, respectively, contacting the USCIS Contact Center on August 29, 2023, resorting to US House Representative, Rep. Tim Burchett who represents the 2nd District of Tennessee to help expedite my case on August 10, 2023, and our University's Office of Government Relations and Advocacy has contacted Bonny Warren, Constituent Services Representative for U.S. Senator Bill Hagerty for help on September 8 and September 26, 2023, but all efforts end up with no meaningful responses and actual progress.


## 3. Significant Adverse Impacts:

This processing delay has caused significant hardships not only affecting my personal and professional life, but also substantially affecting my employer the University of Tennessee, our Physics Department, and large number of related university students, graduate students and postdocs. Moreover, my family has suffered a lot from this prolonged period of separation due to my inability to return back, causing profound distress and adversely impacting our familial well-being and stability. Here are some detailed explanations of the above mentioned significant adverse impacts because of the unreasonable visa processing delay:

1) **Employer as Nonprofit Organization**: As a professor in Physics at the University of Tennessee, Knoxville, I have heavy teaching and service assignments arranged in the Fall semester starting from August 23, 2023. These assignments include:

- Physics 441 with 9 undergraduate students

- Physics 599 with 11 graduate students

- Organizing the Condensed Matter Physics seminar, serving around 20 faculties and 50 graduate students across different departments
- Serving on the graduate admission committee

The delay in my visa processing greatly affects the University and the physics department's normal teaching arrangement, seminars and admission assignments. Our department, particularly our department head Adrian Del Maestro, has become increasingly anxious about my inability to return back to campus. The fact that my heavy teaching and service assignments cannot be carried out not only significantly impacts the department's research and teaching portfolio, but also the cultural and social interests of more than 80 influenced students, some of whom are in their last year at the university.

Additionally, I am heading a research group with 6 members, including 1 postdoc, 2 PhD students, and 3 undergraduate research interns. This research group also contributes to STEM education, job creation for US citizens, demonstrating the positive impact of my work on the local community and the national workforce.

**2) Severe Financial Loss**: I have suffered from severe financial loss and hardship because of the long-term staying overseas in Germany, living in hotels for 4 months (also paying the rent in US), and it also creates problems for the department, causing student complaints and complicated procedures.

**3) Family Separation:** Furthermore, my wife has been staying alone in the U.S. for more than four months, and endures a prolonged period of family separation. We just moved to this new county and she does not have any friend, any job or the companion of any family member here. Being isolated in a completely unfamiliar environment has put her in great distress,

4

anxiety and depression. She gained symptoms of insomnia, loss of appetite, frequent crying and under persistent sadness mood, and I am genuinely worried about her mental health conditions. I am in urgent need to return back to the US to look after her. This extended separation has taken a significant emotional toll on our family, causing profound distress and adversely impacting our familial well-being and stability.

**4) Social Impact of H1B Workers:**

The US is considered a nation of immigrants, celebrating the contributions of diverse groups of newcomers to American society and culture. The foreign-born workers have helped power the U.S. economy, education, and every aspects of society. In the University of Tennessee - Knoxville faculty group, a large part of faculty members are from different Race/Ethnicity, making faculty diversity an important topic and a highly valuable asset.

I started working in the U.S. since April 2019, and started teaching at the University of Tennessee in Jan 2023. For me, for other foreign faculty members at the University of Tennessee, and for all other H1B workers, it's a great concern for us to be treated fairly by the US government agencies. Also as US tax payers, we deserve the rights to be handled in a timely and efficient manner. How can the United States establish itself as a respected and appealing destination for foreign workers if H1B workers continue to experience neglect, sluggishness, and discomfort in their treatment?

**In summary**, I am in quite urgent need to return back to the US because of the above mentioned reasons, and I am filing Petition for Writ of Mandamus because of the substantial and unreasonably processing delays for my H1B visa. Also as US tax payers and US resident aliens, we deserve the rights to be handled in a timely and efficient manner. Therefore I

5

respectfully request the agencies including the U.S. Department of State and the U.S. Consulate General Frankfurt, Germany to take action on my case to ensure that it is adjudicated promptly and fairly.

Thank you for your attention to this matter.

Sincerely,

Yang Zhang

Assistant professor

Department of Physics and Astronomy, The University of Tennessee

Tel: 6179555253

Address: 301 Cheshire Dr. Apt 047, Knoxville, TN, 37919

6